**MEHADRIN DAIRY CORPORATION,**
Appellant,

v.

**SLIM 'N TRIM, INC., Appellee.**

**No. 01–1249.**

United States Court of Appeals,
Federal Circuit.

March 19, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Willie H. WALKER, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7040.**

United States Court of Appeals,
Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Willie H. Walker, Jr. moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**MINNETONKA BRANDS, INC.,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–1014.**

United States Court of Appeals,
Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Upon consideration of the United States' unopposed motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the United States' appeal is dismissed.

(2) Each side shall bear its own costs.